UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZICO GAYNOR,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/03/2023
```

22-CV-9090 (BCM)

**ORDER RESCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict on the Court's calendar, the initial case management conference previously scheduled for June 6, 2023, at 11:00 a.m. is hereby ADJOURNED to **June 15, 2023, at 10:00 a.m.** The parties shall file their Pre-Conference Statement no later than **June 8, 2023**.

Dated: New York, New York
      May 3, 2023

                      SO ORDERED.

                      **BARBARA MOSES**
                      **United States Magistrate Judge**