

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 23, 2023

**By ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    *Gaynor v. United States of America*, No. 22 Civ. 9090 (BCM)

Dear Judge Moses:

    This Office represents the United States of America (the "Government") in the above-referenced Federal Tort Claims Act action. I write jointly with Plaintiff to request an adjournment *sine die* of the mediation that the Court ordered to take place in August 2023. *See* Dkt. No. 30. The Government believes that more discovery is necessary before a mediation can be productive, and the parties will write to the Court to reschedule the mediation after some discovery has been taken.

    I thank the Court for its consideration of this request.

                      Respectfully,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
        ALYSSA B. O'GALLAGHER
        Assistant United States Attorney
        Tel.:   (212) 637-2822
        Email: alyssa.o'gallagher@usdoj.gov

---

Application GRANTED. The parties shall inform the Court-annexed Mediation Program that the mediation need not take place in August 2023. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
August 24, 2023