```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZICO GAYNOR,

        Plaintiff,

-against-

THE UNITED STATES,

        Defendant.

22-CV-9090 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court amends the Initial Case Management Order (Dkt. 29) as follows:

1. <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **February 1, 2024**. Written discovery must be propounded in time to allow the person served to respond, on the schedule set forth in the Federal Rules of Civil Procedure, prior to this date.

2. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **March 12, 2024**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **April 12, 2024**. Depositions of experts shall be completed no later than **May 12, 2024**.

3. <u>Close of Discovery</u>. All discovery shall be completed no later than **May 12, 2024**.

4. <u>Status Conference</u>. Judge Moses will conduct a status conference on **April 22, 2024, at 10:00 a.m.** One week prior to that date, on **April 15, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

All remaining provisions of the Initial Case Management Order remain in effect.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**